LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

November 16, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

<b><u>REQUEST FOR SERVICE OF NOTICES</u></b>

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Sal Quezada and Liz A. Quezada |
| | Case Number | : | 09-31085 |
| | Chapter | : | 7 |
| | Secured Creditor | : | Litton Loan Servicing, L.P. |
| | Loan Number | : | XXXX2138 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

> Litton Loan Servicing, L.P.
> c/o McCALLA RAYMER, LLC
> Bankruptcy Department
> 1544 Old Alabama Road
> Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                                                               Very Truly Yours,

                                                               /s/ John Schlotter

                                                               John Schlotter, Esquire
                                                               c/o McCALLA RAYMER, LLC
                                                               1544 Old Alabama Road,
                                                               Roswell, GA 30076

cc: Brian Shapiro
     Narrah F. Newark, Esq.

File Number LITT-09-31858 /
Request for Service of Notice